[No. 30631-3-III.   Division Three.   May 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS CISNEROS VALENCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00072-4, Vic L. VanderSchoor, J., entered January 5, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 30799-9-III.   Division Three.   May 2, 2013.]

*In the Matter of the Estate of* RICHARD OBERDORFER.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-4-01240-9, Salvatore F. Cozza, J., entered March 20, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 67141-3-I.   Division One.   May 6, 2013.]

JOHN SPOELSTRA ET AL., *Respondents*, v. DAN GAHN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-05742-4, Joseph P. Wilson, J., entered February 24, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Verellen, JJ.

[No. 68031-5-I.   Division One.   May 6, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY CLELL WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00738-4, Susan K. Cook, J., entered December 1, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Verellen, JJ.